The People of the State of New York ex rel. John H. Campbell, Appellant, v. John E. Kraft and Others, Constituting the Civil Service Commission of the State of New York, Respondents.— Order affirmed, with costs. All concurred, except Kellogg and Houghton, JJ., dissenting.

The People of the State of New York, Plaintiff, v. Metropolitan Surety Company, Defendant. In the Matter of Leonhard Bauer, Doing Business as the L. Bauer Iron Works, Claimant, Respondent, v. John F. Yawger, as Receiver of the Metropolitan Surety Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, without costs, on authority of *People* v. *Metropolitan Surety Co. (Matter of Fleet)*, decided by the Court of Appeals (205 N. Y. 135). All concurred, except Kellogg and Houghton, JJ., dissenting on the ground that the rights of the claimant were fixed through the lien prior to the insolvency of the surety company.

The People of the State of New York ex rel. Mary G. Staples and Others, Appellants, v. William Sohmer, as Comptroller of the State of New York, Respondent.— Motion granted.

Public Service Commission, Second District, Town of Mamaroneck and Village of Mamaroneck, Respondents, v. Westchester Street Railroad Company, Appellant.— Judgment affirmed, with costs, with the right to the defendant to continue to issue, as at present, rebate tickets pending an appeal from this judgment to the Court of Appeals, providing such appeal be taken forthwith and brought on for argument with reasonable dispatch. All concurred.

Luigi Santacapite, Respondent, v. American Locomotive Company, Appellant.— Motion for leave to go to Court of Appeals denied.

William F. Sticklin, Appellant, v. Nelson T. Porter and Ella C. Orcutt, Respondents.— Order modified by striking therefrom as follows: "Costs before notice of trial, ten dollars," in the costs as taxed to each defendant, and as so modified affirmed, without costs in this court, except printing disbursements to both defendants. All concurred.

Lillian M. Tanner v. Benn Conger and Others.— Order amended by striking therefrom "to abide event."

---

## SECOND DEPARTMENT, JUNE, 1912.

In the Matter of the Judicial Settlement of the Account of CHARLES E. McDERMOTT, as Administrator, etc., of JOHN McDERMOTT, Deceased, Respondent.

CATHERINE L. FREEMAN and ESTHER E. IRVING, Appellants.

*Decedent's estate — gift — good will and profits of business.*

Reargument of an appeal from a decree of the Surrogate's Court of the county of Kings, entered in said Surrogate's Court on the 2d day of November, 1910, settling and allowing the accounts of Charles E. McDer-